Zygmunt Lach, et al., Plaintiffs-Appellants, v. Anton Gfesser, et al., Defendants-Appellees.

Gen. No. 51,053.

First District, Second Division.

December 13, 1966.

Stanley Stoller, of Chicago, for appellants; Richard C. Bleloch, of Chicago, for appellees. Opinion by JUSTICE BURKE. Not to be published in full.